IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LORI S. ORPIANO,
    Plaintiff,

v.                    CIVIL NO. 3:17cv576 (JAG)

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on August 24, 2018 (ECF No. 19). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 19) is ACCEPTED and ADOPTED as the OPINION of the Court.[1]

(2) Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED.

(3) Defendant's Motion for Summary Judgment (ECF No. 15) is DENIED.

(4) The decision of the Commissioner is REVERSED and REMANDED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

/s/ _____
John A. Gibney, Jr.
United States District Judge

Richmond, Virginia
Date: 9/10/18

---

[1] The Report and Recommendation is accepted and adopted with one technical correction: The Report and Recommendation refers to Defendant's Motion for Summary Judgment as ECF No. 16 but should instead reference ECF No. 15.